**FILED**

DAVID CREWS, CLERK
BY _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:15CR095
18 USC 7(3)
18 USC 1112

CEDRIC SEAN COONROD

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

On or about July 3, 2015, in the Northern District of Mississippi, at or near milepost 244 on the Natchez Trace Parkway, a place within the special maritime and territorial jurisdiction of the United States, CEDRIC SEAN COONROD, defendant, did knowingly kill Steven Allen Foster in the commission of an unlawful act not amounting to a felony, while operating a vehicle in violation of the law, by operating in a reckless manner, speeding, failing to maintain control of his vehicle, and failing to yield the right of way, all in violation of Title 18, United States Code, Sections 7(3) and 1112.

A TRUE BILL

*Felicia C. Adams*
**UNITED STATES ATTORNEY**

*/s/ Signature Redacted*
**FOREPERSON**